IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

SYTERIA HEPHZIBAH,
a.k.a. Highly Favored Shekinah El,

    Plaintiff,

v.                                                                       4:23cv106–WS/MAF

JODY PHILLIPS, et al.,

    Defendants.

_____

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (ECF No. 3) docketed June 13, 2023. The magistrate judge recommends that Plaintiff's case be dismissed for failure to prosecute. Plaintiff has filed no objections to the report and recommendation.

Upon review of the record, this court has determined that the report and recommendation should be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 3) is adopted

and incorporated by reference in this order of the court.

    2. This case is hereby DISMISSED without prejudice for failure to prosecute.

    3. The clerk shall enter judgment stating: "All claims are dismissed without prejudice."

    4. The clerk shall close the case.

    DONE AND ORDERED this __18th__ day of __July__, 2023.

                      s/ William Stafford
                        WILLIAM STAFFORD
                        SENIOR UNITED STATES DISTRICT JUDGE